

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

Telephone  1.718.765.5153
Facsimile   1.718.504.3599
Email        ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

October 8, 2021

**VIA ELCTRONIC FILING**

Honorable Paul A. Crotty
Judge of the United States District Court for
The Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   USA v. Fishbein
      21-CR-296

10/8/2021
The matter is adjourned to October 21, 2021 at 11 AM.

Dear Judge Paul A. Crotty,

*So ordered*
*Paul A. Crotty*
*USDJ*

Counsel for Paul Fishbein respectfully submits this letter to request a short adjourned of the October 20th conference. I have a trial scheduled in front of the Honorable Craig Ramseur in Queens Family Court at 2 pm on October 20th and won't be able to appear at 500 Pearl Street at 4 pm. I am available for the conference on October 21, ~~October 22 after 2~~ pm and October 25.

The Government, through Assistant US Attorney Sarah Kushner, has no objections to this request.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

CC: All Parties (via ECF)