
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2021

**BY ECF**
The Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*[Handwritten notation: 12/4/24(?) The briefing schedule is adopted. A conference will be held on April 12 at 3:30 PM. Time will be excluded through April 12, 2022. So ordered. Paul A. Crotty, USDJ]*

Re: *United States v. Paul Fishbein*, 21 Cr. 296 (PAC)

Dear Judge Crotty:

    Pursuant to the Court's email, dated December 1, 2021, the Government respectfully submits this joint letter requesting an adjournment of the status conference currently scheduled for tomorrow, December 2, 2021. In lieu of a status conference, the parties respectfully request that the Court set a briefing schedule and schedule a status conference after that briefing is complete. Specifically, the parties respectfully request that the Court set the following briefing schedule: (1) defendant's pretrial motions due on February 11, 2022; (2) the Government's response due on March 11, 2022; and (3) the defendant's reply due on April 1, 2022.

    The Government, with the defendant's consent, respectfully requests that time be excluded between now and the post-briefing status conference to allow time for the defendant to continue to review discovery, and to allow the parties time to engage in discussions regarding a potential pretrial resolution of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

cc: Charles Kaser, Esq. (by ECF)