

# SHAROVA LAW FIRM

Telephone  1.718.766.5153
Facsimile  1.718.504.3599
Email     ckaser@sharovalaw.com

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

December 16th, 2021

**VIA ELCTRONIC FILING**
Honorable Paul A. Crotty
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Paul Fishbein**
    21-CR-296

[Handwritten: 12/16/21 / Request granted / So Ordered / Paul L Crotty / USDJ]

Dear Judge Paul Crotty,

Counsel for Paul Fishbein respectfully submits this letter to request permission for him to travel to Teaneck, New Jersey and Kearny, New Jersey from December 19th until December 26st, 2021. Mr. Fishbein is request holiday travel to spend time with his family.

Mr. Fishbein would travel from Queens, New York to Teaneck, New Jersey on December 19th and to extend his curfew until Midnight so he can go to see his niece's evening stage performance at her school.

On December 25th and 26th he would travel from Queens New York to New Jersey to spend Christmas celebrations with his Sister Stacey at 333 Willow Street, Teaneck, NJ 07666 and his niece Sarah at 115 Passaic Avenue, Kearny, NJ 07032 and would abide by his curfew on both days. (I.E. No overnights)

The Government, through Assistant US Attorney Sarah Kushner, has no objection to this request and upon information and belief Pretrial Services has no objections as well.

Thank you for your time and attention in this matter.

Respectfully Submitted,

Charles Kaser
Attorney for the Defendant



By: /s/ *Charles Kaser*

CC: All Parties (via ECF)