

| | |
|---|---|
| | Telephone 1.718.766.5153 |
| | Facsimile 1.718.504.3599 |
| | Email ckaser@sharovalaw.com |

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

June 27, 2022

**VIA ELCTRONIC FILING**
Honorable Paul A. Crotty
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Paul Fishbein**
   **21-CR-296**

Dear Judge Paul Crotty,

Counsel for Paul Fishbein respectfully submits this letter to request permission for Mr. Fishbein to travel to Teaneck, New Jersey from July 2nd until July 4th, 2022. Mr. Fishbein is requesting travel to celebrate the 4th of July weekend.

Mr. Fishbein would travel from Queens, New York to Teaneck, New Jersey on July 2nd and would return on July 4th, 2022. He would stay in his sister's home at 333 Willow Street, Teaneck, NJ 07666.

The Government, through Assistant US Attorney Sarah Kushner, defers to pretrial service and upon information and belief pretrials defers to the court.

Mr. Fishbein is currently under location monitoring and has been in full compliance of his pretrial conditions Mr. Fishbein was allowed to stay in New Jersey from April 27 to April 30th during this period he was in full compliance. Pretrial Services will be fully aware of Mr. Fishbein location during his stay in New Jersey.

Thank you for your time and attention in this matter.

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*