

YELENA SHAROVA, ESQ. *+
STEVEN GARFINKLE ESQ. *+
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

Telephone 1.718.766.5153
Facsimile 1.718.504.3599
Email ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
HANNA SKARULIS

August 11, 2022

**VIA ELCTRONIC FILING**
Honorable Paul A. Crotty
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

> Mr. Fishbein's travel request is **GRANTED IN PART**. He may travel to Queensberry for one day on either August 13 or 14, but no overnight stay is permitted. SO ORDERED.
>
> _/s/ Paul A. Crotty_
> Paul A. Crotty, USDJ
> August 12, 2022

Re: **United States v. Paul Fishbein**
    21-CR-296

Dear Judge Paul Crotty,

Counsel for Paul Fishbein respectfully submits this letter to request permission for Mr. Fishbein to travel to Six Flags Great Escape in Queensberry, NY from August 13, 2022 until August 15th, 2022. Mr. Fishbein is requesting travel to celebrate with his family due to his niece graduating High school with perfect 4.0 GPA.

Mr. Fishbein would travel from Queens, New York to Queensberry, New York on August 13th and would return on August 15th, 2022. He would stay at Six Flags Drive, Queensberry NY 12804

The Government, through Assistant US Attorney Sarah Kushner, has not stated her position. Upon information and belief, Pretrial Officer Laura Gialanella has no objection to this request.

Mr. Fishbein is currently under location monitoring Pretrial Services will be fully aware of Mr. Fishbein's location during his stay in Queensberry. Mr. Fishbein is not in any way a danger to his community.

Thank you for your time and attention in this matter.