

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY, ESQ. *
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
*NY +NJ

Telephone   1.718.766.5153
Facsimile   1.718.504.3599
Email   ckaser@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
VICTORIA FEDARAVA
ALVIN KORSUNSKIY
JOSEPH MARRERO
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS

September 6th, 2022

**VIA ELCTRONIC FILING**
Honorable Paul A. Crotty
Judge of the United States District Court for
The Southern District of New York
40 Foley Square
New York, NY 10007

9/7/2022
The September 8 conference is
adjourned to September 29, 2022 at
2:30PM. SO ORDERED.

*[signature]*

Re: **United States v. Paul Fishbein**
    **21-CR-296**

Dear Judge Paul Crotty,

Counsel for Paul Fishbein respectfully submits this joint letter to request a short adjournment of the Pretrial Conference currently scheduled on September 8, 2022. The reason for the adjournment is due to the fact that counsel was in bicycle accident over the weekend and is not able to appear in court on September 8, 2022.

Thank you for your time and attention in this matter.

Respectfully Submitted,
Charles Kaser
Attorney for the Defendant

By: /s/ *Charles Kaser*

CC: All Parties (via ECF)