UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                    Docket No.: 21-cr-296

PAUL FISHBEIN,                        OPINION & ORDER

                Defendant.
-------------------------------------------------X

**WHEREAS**, on October 28, 2022, Defendant's Counsel, Sharova Law Firm (Yelena Sharova, Esq. and Charles Kaser, Esq.) filed a motion seeking to withdraw as counsel for Defendant Paul Fishbein;

**WHEREAS**, on November 2, 2022 Defendant filed an affidavit in opposition to Counsel's motion seeking to withdraw as counsel for Defendant Paul Fishbein;

**WHEREAS**, on November 11, 2022 Defendant's Counsel filed an Affirmation in Reply to Counsel's motion seeking to withdraw as counsel for Defendant Paul Fishbein;

WHEREAS, on November 17, 2022 Defendant, Sharova Law Firm and the Government appeared before the Court wherein oral argument was heard as to the motion to withdraw and the Court having considered said arguments and other proofs;

**IT IS ORDERED** that Defendant Counsel's motion to be relieved is granted;

**ORDERED**, that service of this to place within 30 days of signing of the order.

This constitutes the Decision and Order of the Court.

Dated: New York, New York
       November 30, 2022

SO ORDERED

_____
Honorable Paul A. Crotty
United States District Judge

1