UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

PAUL FISHBEIN

[~~Proposed~~]
**Order of Restitution**

21 Cr. 296 (PAC)

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Sarah L. Kushner and Christy Slavik, Assistant United States Attorneys, of counsel; the defendant's conviction on Counts One through Five of the Trial Indictment ("Indictment"); and all other proceedings in this case, it is hereby ORDERED that:

### 1. Amount of Restitution

Paul Fishbein, the defendant, shall pay restitution in the total amount of $1,894,644.01, pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A, to the victims of the offenses charged in Counts One through Five of the Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

#### A. Joint and Several Liability

Restitution is not joint and several with other defendants or with others not named herein.

#### B. Apportionment Among Victims

Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally

to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

2.  **Schedule of Payments**

The total amount of restitution is due and payable immediately upon entry of judgment and shall, in the interest of justice, be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The defendant shall commence monthly installment payments of not less than $1,000 per month or 20% of his gross monthly income, whichever is greater, payable on the 15th of each month;

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3.  **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, in accordance with 18 U.S.C. § 3612(f)(1).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____        2/12/2024
HONORABLE PAUL A. CROTTY         DATE
UNITED STATES DISTRICT JUDGE

## Schedule A

Schedule of Victims

| Name | Address | Amount of Restitution |
|---|---|---|
| NYC Human Resources Administration | Bureau of Fraud Investigations<br>375 Pearl Street – 22nd Floor<br>New York, NY 10038 | Rent Payments: $1,553,810.81<br><br>Broker Fee Payments: $56,002.80<br><br>Medicaid Payments: $49,524.80<br><br>Total: $1,659,338.41 |
| NYC Housing Preservation & Development | Merrick Reid, Assistant Commissioner<br>Division of Fiscal Affairs<br>NYC Department of Housing Preservation & Development<br>100 Gold St<br>New York, NY 10038<br>reidm@hpd.nyc.gov | Rent Payments: $235,305.60 |

2023.2.16                                4