UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | 21-cr-296 (AS) |
| PAUL FISHBEIN, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to the undersigned. By Thursday, May 30, 2024, at 5:00 PM, the parties should file letters providing an update on the status of this case.

SO ORDERED.

Dated: May 28, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge