UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff,<br>        -against-<br>PAUL FISHBEIN,<br>                              Defendant. | 21-cr-296 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Defendant has moved for appointment of CJA counsel because he has terminated his retained counsel. Defendant is not entitled to appointment of counsel just because he has fired his retained counsel. Rather, he must show that he is financially eligible: the CJA "establishes the broad institutional framework for appointing counsel *for a criminal defendant who is financially unable to obtain representation*." *United States v. Avenatti*, 550 F. Supp. 3d 36, 40 (S.D.N.Y. 2021) (citation omitted and emphasis added). If Defendant believes he is financially eligible for appointment of CJA counsel, he should fill out and submit to the Court the attached affidavit **by Friday, June 7, 2024**. He should also submit any documentation he has of his financial condition.

The Government should respond to Defendant's motion for the appointment of CJA counsel, as well as all other pending motions filed by Defendant, by **Friday, June 14, 2024.**

The Clerk of Court is directed to mail a copy of this order to Defendant at the following address: Paul Fishbein, Reg. No. 38428-509, M.D.C. Brooklyn, P.O. Box 329002. Brooklyn, NY

11232.

    SO ORDERED.

Dated: May 31, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge