UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  -against-<br><br>PAUL FISHBEIN,<br><br>        Defendant. | 21-cr-296 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On May 24, 2024, Defendant, proceeding pro se, filed a letter for the appointment of counsel. Dkt. 171. On June 3, 2024, Thomas Mirigliano moved to withdraw as counsel for Defendant, explaining that Defendant terminated the attorney-client relationship. Dkt. 176.

  On May 31, 2024, the Court explained that Defendant must show that he is financially eligible to get CJA counsel and ordered Defendant to submit an affidavit and any documentation he has of his financial condition by June 7, 2024. Defendant failed to do so.

  By June 18, 2024, defense counsel Thomas Mirigliano should get in touch with Defendant, explain to him what he must show in order to get CJA counsel, and help him fill out the attached affidavit and gather any documentation of his financial condition. Mr. Mirigliano should also confirm with Defendant that he wants Mr. Mirigliano to withdraw even if he is not eligible for CJA counsel. **Defense counsel or Defendant must file the attached affidavit and any supporting financial information on the docket by June 18, 2024.** Defense counsel should also

**submit a letter on June 18, 2024, indicating whether Defendant wants him to withdraw even if Defendant is not eligible for CJA counsel.**

SO ORDERED.

Dated: June 11, 2024
      New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES**   ☐ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER *(Specify Below)*

IN THE CASE OF

_____ V. _____

FOR _____
AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*
_____

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge

District Court

Court of Appeals

CHARGE/OFFENSE *(Describe if applicable & check box→)*   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job?   ☐ Yes   ☐ No
**IF YES,** how much do you earn per month? _____
Will you still have a job after this arrest?   ☐ Yes   ☐ No   ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $_____ | _____ |
| Car/Truck/Vehicle | $_____ | _____ |
| Boat | $_____ | _____ |
| Stocks/bonds | $_____ | _____ |
| Other property | $_____ | _____ |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts?   ☐ Yes   ☐ No
**IF YES,** give the total approximate amount after monthly expenses   $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $_____ | $_____ |
| Groceries | $_____ | $_____ |
| Medical expenses | $_____ | $_____ |
| Utilities | $_____ | $_____ |
| Credit cards | $_____ | $_____ |
| Car/Truck/Vehicle | $_____ | $_____ |
| Childcare | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Insurance | $_____ | $_____ |
| Loans | $_____ | $_____ |
| Fines | $_____ | $_____ |
| Other | $_____ | $_____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____   _____
SIGNATURE OF DEFENDANT                                        Date
(OR PERSON SEEKING REPRESENTATION)