UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

          -against-

PAUL FISHBEIN,

                    Defendant.

21-cr-296 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By separate order, the Court has appointed CJA counsel. By July 30, 2024, CJA counsel should meet and confer with the Defendant and file a reply brief, if any, on the pending motions to return personal property (Dkt. 170) and to admit Defendant to bail pending appeal (Dkt. 171).

SO ORDERED.

Dated: July 17, 2024
       New York, New York

ARUN SUBRAMANIAN
United States District Judge