**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :        ORDER
                                          :
PAUL FISHBEIN                             :
                                          :        21cr296
                                          :        _____
                                          :          Docket #
                                          :
------------------------------------------x
```

Arun Subramanian _____ District Judge
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

**Richard Tarlowe**                      is hereby ordered to assume
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

representation of the defendant in the above captioned

matter, starting      July 17, 2024
                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

                        SO ORDERED.

                        _____
                        UNITED STATES DISTRICT JUDGE


Dated:  New York, New York
        7/17/24