UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           -against-<br><br>PAUL FISHBEIN,<br><br>                              Defendant. | 21-cr-296 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Government should submit a letter, not to exceed two single-spaced pages, responding to the arguments made by defendant in his letter at Dkt. 188 concerning the motion to return personal property, by **Wednesday, August 14, 2024, at 5:00 PM.**

SO ORDERED.

Dated: August 8, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge