UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>       -against-<br><br>PAUL FISHBEIN,<br><br>                    Defendant(s). | 21-cv-296 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Clerk of Court is directed to terminate the motion at ECF No. 171, which was denied in ECF No. 193.

    SO ORDERED.

Dated: August 29, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge