UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     -against-<br><br>PAUL FISHBEIN,<br><br>                Defendant. | 21-cr-296 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of the attached letter from defendant, which defendant submitted *pro se*. By June 11, 2025, counsel should advise the Court through a letter submitted on the docket whether further action on the requests made in the letter is warranted.

      SO ORDERED.

Dated: June 5, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                      United States District Judge

Paul Fishbein

VS

United States, Arun Subramanian (judge),       Miscellaneous Case
Sarah Kushner (Prosecutor),

    I request an order for case Unites States V. Paul Fishbein docket No. 21 Cr. 296 (PAC) (charges: wire fraud 18 U.S.C section 1343, mail fraud 18 U.S.C. section 1341, theft of government funds 18 U.S.C section 641, aggravated identity theft 18 U.S.C. section 1028(A) (1) and 1028A(B), health care fraud 18 U.S.C. section 1347) located at United States district court, Southern district of New York. 500 Pearl Street, New York, New York 10007, That this case be dismissed and any debt be discharged. I request an order directing the government to return personal property seized on April 6, 2021 from residences. Including, but not limited to passport, electronic devices (e.g. computers, cell phones) and other business and personal property. I request an order for my immediate release from custody.

    I have immunity. let's look at the United States Constitution Article 4 Section 2 The Citizens of each state shall be entitled to all privileges' and immunities of Citizens in the several states and Amendment 11 The judicial powers of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another state, or by Citizens or subjects of any foreign state.

    I am taking this Oath or Affirmation(raising my right hand). I do solemnly swear (or affirm) that the judge(s) is a trust, the prosecutor(s) is the trustee and Paul Fishbein is the beneficiary on ALL MY CASES. This is a IMPLIED CONTRACT with no expiration date.

    Consistent with 28 USC Section 1746. I declare under penalty of perjury that foregoing is true and correct Executed April 2, 2025.

PLEASE SEE ATTACHMENTS

COURT: United States Court Of Federal Claims
       717 Madison Place, NW
       Washington, DC 20439
       (202) 357-6406

Respectfully Submitted,

/S/
PAUL FISHBEIN
*Paul Fishbein* Agent
All Rights Reserved Without Prejudice

CURRENT LOCATION: Paul Fishbein
       Register No. 38428-509
       P.O. Box 2000
       FCI Fort Dix Camp
       Joint Base MDL, NJ 08640