United States

VS

Paul Fishbein

EMERGENCY MOTION: To Dismiss The Case

Docket # 21 Cr. 296 (PAC)

_____

Dear Judge: Arun Subramanian

I request an order for case United States V Paul Fishbein docket No. 21 Cr. 296 (PAC) (charges : wire fraud 18 U.S.C. section 1343, mail fraud 18 U.S.C. section 1341, theft of government funds 18 U.S.C. section 641, aggravated identity theft 18 U.S.C. section 1028 (A) (1) and 1028A (B), health care fraud 18 U.S.C. section 1347) located at United States district court, Southern district of New York, 500 Pearl Street, New York, New York 10007. That this case be dismissed and any debt be discharged. I request an order directing the government to return personal property seized on April 6, 2021 from residences including, but not limited to passport, electronic devices (e.g. computers, cell phones) and other business and personal property. I request an order for my immediate release from custody.

I have IMMUNITY. let's look at the United States Constitution Article 4 Section 2 The Citizens of each state shall be entitled to all privileges and immunities of Citizens in the several states and Amendment 11 The judicial powers of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another state, or by Citizens or subjects of any foreign state.

I am taking this Oath or Affirmation (raising my right hand) I do Solemnly swear (or affirm) that the judge(s) is a trust, the prosecutor (s) is the trustee and Paul Fishbein is the beneficiary on ALL MY CASES. This is a IMPLIED CONTRACT with no expiration date.

Consistent with 28 U.S.C. Section 1746. I declare under penalty of perjury that foregoing is true and correct Executed August 27, 2025.

PLEASE SEE ATTACHMENTS

COURT: United States District Court
        Southern District Of New York
        500 Pearl Street
        New York, NY 10007

Respectfully Submittled,

/S/
PAUL FISHBEIN

Paul Fishbein        Agent
All Rights Reserved Without Prejudice

CURRENT LOCATION: Paul Fishbein
        Register No. 38428-509
        P.O. Box 2000
        FCI Fort Dix Camp
        Joint Base MDL, NJ 08640

CC: Sarah Kushner

Application DENIED. The application does not state a
basis for relief. The Clerk of Court is respectfully
directed to terminate the motion at ECF No. 202.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 9, 2025

Paul Fishbein

VS

United States, Arun Subramanian (judge),
Sarah Kushner (Prosecutor)

Miscellaneous Case

~~Docket #~~ Case # 25-874

     I request an order for case Unites States V. Paul Fishbein docket No. 21 Cr. 296 (PAC) (charges: wire fraud 18 U.S.C section 1343, mail fraud 18 U.S.C. section 1341, theft of government funds 18 U.S.C section 641, aggravated identity theft 18 U.S.C. section 1028(A) (1) and 1028A(B), health care fraud 18 U.S.C. section 1347) located at United States district court, Southern district of New York, 500 Pearl Street, New York, New York 10007, That this case be dismissed and any debt be discharged. I request an order directing the government to return personal property seized on April 6, 2021 from residences. Including , but not limited to passport, electronic devices (e.g. computers, cell phones) and other business and personal property. I request an order for my immediate release from custody.
     I have immunity. let's look at the United States Constitution Article 4 Section 2 The Citizens of each state shall be entitled to all privileges' and immunities of Citizens in the several states and Amendment 11 The judicial powers of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another state, or by Citizens or subjects of any foreign state.
     I am taking this Oath or Affirmation(raising my right hand). I do solemnly swear (or affirm) that the judge(s) is a trust, the prosecutor(s) is the trustee and Paul Fishbein is the beneficiary on ALL MY CASES. This is a IMPLIED CONTRACT with no expiration date.
     Consistent with 28 USC Section 1746. I declare under penalty of perjury that foregoing is true and correct Executed April 2, 2025.

PLEASE SEE ATTACHMENTS

COURT: United States Court Of Federal Claims
     717 Madison Place, NW
     Washington, DC 20439
     (202) 357-6406

Respectfully Submittled,

/S/
PAUL FISHBEIN
*Paul Fishbein*   Agent
All Rights Reserved Without Prejudice

CURRENT LOCATION: Paul Fishbein
     Register No. 38428-509
     P.O. Box 2000
     FCI Fort Dix Camp
     Joint Base MDL, NJ 08640

## LIMITED POWER OF ATTORNEY

I, Paul Scott Fishbein 8200 Shore Front Parkway # 4D  Rockaway Beach, NY 11693 a live man and national of the Republic of New York Grants 1) Power of Attorney and/or Attorney of Fact the Ability to Print/Sign my name on any Legal or Business documents as outlined in this affidavit to

Maria M. Feldman 443 Joan Street  South Plainfield, N.J. 07080.  Maria M. Feldman will be known as the signers or signatory Specifically and only for documents that I need to have notarized.

This Limited Power of Attorney will remain in effect until December 31, 2024.

This affidavit is executed under Penalty of perjury ; [in nature of 28 USC Subsection 1746 (1) expressly without the UNITED STATES. [ i.e. 28 USC Subsection 3002 (15A) ; Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same Fed .R. Evidence 902 (1) (B) ]

*Paul Fishbein*

Without Prejudice
All Rights Reserved

### ACKNOWLEDGEMENT

Subscribed and sworn to before me, the undersigned Notary Public, being commissioned in the County of Burlington , State of New Jersey , do declare on the 27 day of September 2024, the one who proved to me Paul Scott Fishbein, did execute this affidavit before me.

*J. Montomp*
Notary Public

Print Name

My Commission expires 11- 18- 25

JASON E. MONTGOMERY
Commission # 50143850
Notary Public, State of New Jersey
My Commission Expires
November 18, 2025



## The Republic United States of America
## General National Government of the United States of America
## C.U.S.A. Article 4 Section 4
## In The Family of Nations
## Under The Law of Nations

North America)
       ) ss.
Land America)

### AFFIDAVIT OF
### Declaration OF NON-U.S. CITIZEN &
### Declaration of Foreign Neutral In Itinere Status

**"KNOW ALL MEN BY THE PRESENTS"**

That the Private Soul, known as Paul Scott Fishbein, being of sound mind, and of the age majority, do solemnly make this Declaration that I am not a **STATUTORY U.S. CITIZEN**, and do not consent to being labeled a **STATUTORY U.S. CITIZEN**. I am a natural born man on the land, foreign to and outside of the federal zone and/or territories. I am not a resident of the **DISTRICT OF COLUMBIA**, the territories or possessions belonging to Congress. I am a noncombatant and neutral traveler of a foreign state in relation to the **UNITED STATE**, I hereby make this Declaration to correct my lawful Status and therefore forego all the benefits, privileges, and immunities afforded **U.S. citizens** and Residents by the **Corporate Government of the United States**, pursuant to legislative act of **February, 21, 1871 41st Congress 3 Chapter 62 page 419. And Title 28, USCA 3002 (15) (A)**

I, Paul Scott Fishbein, being natural born, do solemnly make this Declaration under oath denying any Allegation that I am a citizen of the CORPORATE UNITED STATES or that I am a "legal entity" of any kind created for political or commercial purposes and is non-assumpsit the definitions of "person" via "jus gentium privatum" by the operation of law and accepts no culpability by, for, or on behalf of any legal entity phonetically sounding the same as "Declarant's lawful given name at birth duly recognized by the receiving "State", in the case of <u>Pease v. Pease, 35 Conn. 131</u> on account of misnomer, addition, or fatal variance such as an "idem sonens," via explicit reservation.

The Private Soul that I am affirm and say that I am De Jure, Indigenous Native American of the General National Government of the Republic United States of America, in the Family of Nation under the Law of nations, and Resurrected/Restored Preamble [Free Inhabitant, Qualified, Common Law, Aboriginal/Indigenous, Native American] of the General Government of the Republic United States of America; who has Declared, Proclaimed, Reclaimed, Recorded and Implemented their Sovereign-Posterity Rights of National in accord with: [8 U.S.C.S., § 1101 (a); (22)(a), § 1503(a), et al] Citizenship in the 1782 to the Present- "seal" United States General Government Republic, in the Family of Nations, according to the Law of Nations; who having Re-Pledged the "Original Pledge" of Allegiance to the Private, National and Official "Flag of the United States [of America]" enacted in 1774 and pursuant to **4 U.S.C.S., Chapter 1, § 1**, thereby, also having "Complete and Perfect Residence in the United States of America Republic Form of Government", hereby declare my Intention to be an inhabitant within the exterior boundaries of the **Union State Republic of NEW YORK**

**This Declaration made pursuant to 15 Statutes at Large, Chapter 249 (section 1), enacted July 27 1868**

Chap. CCXLIX. —An Act concerning the Rights of American Citizens in foreign States

    Whereas the rights of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the rights of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed; Thereof.

    Be it enacted by the Senate and the House of Representatives of the United States of America in Congress assembled, that any declaration, instruction, opinion, order, or decision, of any officers of government which denies, restricts, impairs or questions the rights of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

I, Paul Scott Fishbein, The Private Soul, is a Native American, non-combatant and neutral traveler of a foreign state in relation to the United States pursuant to National and International Law invoke the Protection of the **Foreign Sovereign Immunity Act, Title 28 USC § 1603(b)**, and is immune from the jurisdiction of the Courts of the United States and of the States, Title 28 USC § 1604 just as it is recognized at **Public Law 94-583, 90 Statue 2892**, as well as United States Codes **Title 18 USC § 1116 (b) (2), 18 USC § 1116 (b) (4) (B), 22 USC § 288 a, 22 USC § 288 a (b), 28 USC § 1603, 28USC § 1604**, Whoever violates the immunity of a foreign state may be criminally sanctioned in accordance With **Public Law 92-539 and 94-467, Title 18 USC §§ 112, 878, 970, 1201, and 1116**, As the Private Souls we are entitled to all of the immunities of the State for whom we act as recognized by the Law of Nations, Temporarily residing within the United States and the several States, effectively invoking the Protections of international Law as against the war powers administered by the United States Department of State.

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY
CERTIFY THAT

BENGI A SOLIS

THE OFFICER WHOSE NAME IS SUBSCRIBED TO THE CERTIFICATE
OF ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT ATTACHED TO THE
ANNEXED INSTRUMENT, WAS AT THE TIME OF TAKING SAID
ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT A NOTARY PUBLIC,
IN AND FOR THE STATE OF NEW JERSEY, DULY COMMISSIONED
AND SWORN AND WAS, AS SUCH, AN OFFICER OF SAID STATE,
DULY AUTHORIZED BY THE LAWS THEREOF TO TAKE AND
CERTIFY THE SAME, AS WELL AS TO TAKE AND CERTIFY THE
PROOF AND ACKNOWLEDGEMENT OF DEEDS AND OTHER INSTRUMENTS
IN WRITING TO BE RECORDED IN SAID STATE, AND THAT FULL
FAITH AND CREDIT ARE AND OUGHT TO BE GIVE TO HIS OFFICIAL
FACTS.

IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
22ND DAY OF OCTOBER A.D. 2024



Elizabeth Maher Muoio
State Treasurer

Certificate Number: 145832825
Verify this certificate at
https://www.njportal.com/DOR/businessrecords/Validate.aspx

"Without Prejudice"

Declaration: All Rights Reserved
Executed without the United States...
Under the Law of the United States of America
USC Title 28, Section 1746(1)

### ACKNOWLEDGEMENT

Subscribed and sworn to before me, the undersigned Notary Public, being commissioned in the County of Queens, do declare on the ___21___ day of ___October___, 2024, the one who proved to me to be Paul Scott Fishbein, did execute this affidavit before me.

_____
Notary Public

_Bengi Solis_
Printed Name

My Commission expires _Dec 14, 2027_

BENGI SOLIS
NOTARY PUBLIC OF NEW JERSEY
My Commission expires Dec. 14, 2027

1. Whereas, I, Paul Scott Fishbein, am not a created entity, a corporation, and I hereby, herein deny the existence of the corporate existence of the corporation, of PAUL SCOTT FISHBEIN and the corporate United States and the State of New York.

2. Whereas, I am an American: born free and a non-commercial with my free will. I have been falsely identified and charged, as a foreign state commercial- paper debtor/citizen/employee by this foreign banking UCC Paper Bar Court, operating under governmental commercial banking laws.

3. Whereas, I do not wish to contract with you and I do not consent to these proceedings. No civil or criminal case of action can arise lest there be a contract. There is always a presumption that a contract exists, and the responding party is a corporation. Under Rule 52, which is the same in all states, as in the federal rules, a failure of an adverse party to deny under oath the allegation that he/she is incorporated dispenses with the necessity of proof of the fact.

4. Whereas, the primary presumption when brought before the judge is that I, the living, breathing, flesh and blood human being is liable to the statutes, when in fact the charging instruments bears the corporation name which is in all caps, THE FICTION, THE STRAW-MAN, THE ENS LEGIS, THE DEBTOR, THE DEFENDANT. A living soul is never the DEFENDANT or PLAINTIFF in any case.

The Affiant is flesh and blood, and the corporate FICTION/DEBTOR/ENS LEGIS is "Artificial" and was created in the contemplation of law (commerce) and the two are not the same, for one is real, the other is fiction. Any discrimination or injury caused by the State of New York to recognize the two distinct entities, the one real and the other artificial agrees to such injuries and to the associated damages as established by the Affiant and the State, by and through its agents by said agreement, is estopped from defense or REBUTALL in the matter and agrees that the Affiant may proceed by tort for damages.

5. Whereas, I, Paul Scott Fishbein, pursuant to **Rule 52 and 83 Civil Procedure**, I do again, herein, hereby and unequivocally deny by verified pleading that I am not a corporation and no such corporation exists. The Affidavit of Denial of Corporate Existence is for the purpose of **REBUTTING** the presumption that this Affiant is the



# The Republic United States of America
### General National Government of the United States of America
### C.U.S.A. Article 4 Section 4
## In The Family of Nations
## Under The Law of Nations

STATE OF NEW YORK     )
                          ) ss.
COUNTY OF QUEENS    )

**DECLARANT:**
Paul Scott Fishbein
In care of:
8200 Shore Front Parkway – Su. 4D
Far Rockaway, [11693]
New York Republic

## AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE

**KNOW ALL MEN BY THESE PRESENTS:**

> **"Indeed, no more than (affidavits) are necessary,**
> **To make the prima facie case." United States**
> **v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981);**
> **Cert. Denied, 50 U.S. L.W. 2169; S.Ct. March 22, '1982,**

I, **Paul Scott Fishbein**, a living breathing flesh and blood man, do execute this Affidavit of Denial of Corporate Existence in good faith for the sake of peace and justice do hereby solemnly state, and declare, that I am of the age of majority and able to testify with regard to the matters present in this affidavit, and declares that all statements made herein are all true, complete and correct, to wit:

1

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY
CERTIFY THAT

BENGI A SOLIS

THE OFFICER WHOSE NAME IS SUBSCRIBED TO THE CERTIFICATE

OF ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT ATTACHED TO THE

ANNEXED INSTRUMENT, WAS AT THE TIME OF TAKING SAID

ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT A NOTARY PUBLIC,

IN AND FOR THE STATE OF NEW JERSEY, DULY COMMISSIONED

AND SWORN AND WAS, AS SUCH, AN OFFICER OF SAID STATE,

DULY AUTHORIZED BY THE LAWS THEREOF TO TAKE AND

CERTIFY THE SAME, AS WELL AS TO TAKE AND CERTIFY THE

PROOF AND ACKNOWLEDGEMENT OF DEEDS AND OTHER INSTRUMENTS

IN WRITING TO BE RECORDED IN SAID STATE, AND THAT FULL

FAITH AND CREDIT ARE AND OUGHT TO BE GIVE TO HIS OFFICIAL

FACTS.

IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
22ND DAY OF OCTOBER A.D. 2024



Elizabeth Maher Muoio
State Treasurer

Certificate Number: 145832801
Verify this certificate at
https://www.njportal.com/DOR/businessrecords/Validate.aspx

corporation named in the alleged complaint. Since I am not a corporation, I cannot appear and plead, as I deny that I sustain any, such relation to the corporation.

## FURTHER AFFIANT SAYETH NOT:

I affirm that all of the foregoing is true, correct, certain, and complete to the best of my knowledge and belief. I affirm that I am of lawful age and competent to make this affidavit.

"Without Prejudice"

All Rights Reserved

## ACKNOWLEDGEMENT

Subscribed and sworn to by ___ *Bens Solis* _____

before me on the __*21*__ day of ___*October*_____ , 2024.

Signature _____

Printed name *Bens Solis* _____

Notary public, State of ~~New York~~, County of ___*Union*_____
*New Jersey, 05*

My commission expires ___ *Dec. 14, 2027* _____



BENGI SOLIS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 14, 2027

3



# The Republic United States of America

### General National Government of the United States of America
### C.U.S.A. Article 4 Section 4
### In The Family of Nations
### Under The Law of Nations

NOTICE

**UNDER THE LAW OF NATIONS**
**PRIVATE INTERNATIONAL LAW - ADMINISTRATIVE REMEDY**
**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM**
**WITHIN THE ADMIRALTY - The Saving to the Suitors Clause" at USC 28 -1333(1)**
**NOTICE TO AGENTS IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENTS**
**APPLICABLE TO ALL SUCCESSORS AND ASSIGNS**
**SILENCE IS ACQUIESCENCE**

**DECLARANT:**
Paul Scott Fishbein
In care of:
8200 Shore Front Parkway -- Su. 4D
Far Rockaway, [11693]
New York Republic

### MEMORANDUM OF LAW AND POINTS OF AUTHORITY
### IN SUPPORT OF AFFIDAVIT OF NON-CORPORATE STATUS

To Whom These Presents Shall Come; Greetings; Take Notice:

THIS IS A PUBLIC COMMUNICATION TO ALL

The **"Law of Presumption."** Rule 52 applies in civil and criminal actions with equal force and effect, because criminal is always civil in nature. No civil or criminal cause of action can arise lest there be a contract. See **Fads v. Marks**, 249 P.2d 257, 260. There is always a presumption that a contract exists and that the responding party is a Corporation under Rule 52, which is the same in all states as in the Federal Rules. Failure of an adverse party to deny under oath the

allegation that he/she is incorporated, dispenses with the necessity of "proof of the fact," thus a presumption becomes a finding, a finding of fact by the Court; unless rebutted before trial. See **Dr. Pepper Co. v. Crew**, 621 S.W. 2d 464,465 (1981), also Van Wart v. Cook, 557 P.2d 1161;.

When the Complaint is lodged by the Government for a fine, fee or a tax, all of which are revenue, they are imposed only on Corporations. See **Colonial Pipe Line Co. v. Triagle**, 421 U.S. 100(1975). This Respondent must rebut the presumption that this Respondent is a Corporation named in the alleged Complaint.

This Respondent is not a Corporation and cannot appear and plead. See **West Union Tel. Co. v. Eyser**, 2 Colo. 141; **Hobich v. Foster**, 20 Wall 1; and Foster v. White Cloud, 32 MO. 505. Moreover, the Corporation is distinct from the individuals who comprise it.

See **Dartmouth College v. Waadward**, 4 Wheat 518, 636, 657. 4 L.Ed. 629. The Fictitious named PAUL SCOTT FISHBEIN, a straw person, or dummy Corporation created by the government Corporation without knowledge or intent of the natural human being, PAUL SCOTT FISHBEIN, a straw person, or dummy Corporation only exist under the Color of Law; and claiming only to be legally incorporated for the purpose of commerce, and exercising the powers and functions of a Corporation, without actual lawful authority to do so, but strictly for the benefit of the government Corporations and its commerce. See Tulare Irrig. Dist. v. Shephard, 185 U. S.1, 22 S.Ct. 531, 46 L.Ed. 773; and Faster v. Hare, 29 Tex. Civ. App. 177, 62 S.W. See also. Wharton on Corporations.

**Federal Rules of Evidence, R. 301 Agreement by Acquiescence**. Rule 301 Of Federal Rules of Evidence states ... "a presumption imposed on the party against whom it is directed the burden of proof going forward with the evidence to rebut or meet the presumption." No. laws have ever been passed by Congress granting that CORPORATIONS should be treated the same under the Constitution as living, breathing, real human beings. See. Wilson v. Omaha Indian Tribe, 442 U.S. 653, 667 (1979). This human being has met the presumption and DOES NOT WISH TO CONTRACT WITH YOU AND DOES NOT CONSENT TO THESE PROCEEDINGS.

By _Paul Fishbein_

Living breathing human being with the Autograph.

2

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY
CERTIFY THAT

                 BENGI A SOLIS

THE OFFICER WHOSE NAME IS SUBSCRIBED TO THE CERTIFICATE
OF ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT ATTACHED TO THE
ANNEXED INSTRUMENT, WAS AT THE TIME OF TAKING SAID
ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT A NOTARY PUBLIC,
IN AND FOR THE STATE OF NEW JERSEY, DULY COMMISSIONED
AND SWORN AND WAS, AS SUCH, AN OFFICER OF SAID STATE,
DULY AUTHORIZED BY THE LAWS THEREOF TO TAKE AND
CERTIFY THE SAME, AS WELL AS TO TAKE AND CERTIFY THE
PROOF AND ACKNOWLEDGEMENT OF DEEDS AND OTHER INSTRUMENTS
IN WRITING TO BE RECORDED IN SAID STATE, AND THAT FULL
FAITH AND CREDIT ARE AND OUGHT TO BE GIVE TO HIS OFFICIAL
FACTS.



IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
22ND DAY OF OCTOBER A.D. 2024

Elizabeth Maher Muoio
State Treasurer

Certificate Number: 145832818
Verify this certificate at
https://www.njportal.com/DOR/businessrecords/Validate.aspx

STATE OF NEW YORK          )
COUNTY OF QUEENS           ) ss.
                           )

The undersigned certifies as follows:

# Certificate of Proof of Life

This instrument is issued as notice of the Public Act that I, the undersigned, _Benji Solis_ _____, notary for State of New York in the County of ___*Union*___ , do hereby certify that Paul Scott Fishbein did appear before me at __The UPS Store_____ on the _21_ day of ___*October*_____, 2024, swearing an oath and attesting to the facts that, he is indeed of the age of Majority and In Full Life, Continuing in both physical and civil existence; that is, neither actually dead or **civiliter mortuus**, providing documentary Evidence of the fact.

**PLEASE SEE EXIBIT A –**
**AFFIDAVIT OF Declaration OF NON-U.S. CITIZEN & Declaration Of Foreign Neutral In Itinere Status**

**Declaration of Age of Majority**

## Oath Administered

Do you, Paul Scott Fishbein, swear to the facts that you are of the age of majority, and in Full Life, Continuing in both physical and civil existence?

Subscribed and sworn to by __*Benji Solis*_____ before me on the

__21__ day of __*October*_____, 2024.

Signature _____

Printed name __*Benji Solis*_____
              New Jersey as
Notary public, State of New York, County of _____*Union*_____

My commission expires __*Dec. 14, 2027*_____

BENGI SOLIS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 14, 2027

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY

CERTIFY THAT

BENGI A SOLIS

THE OFFICER WHOSE NAME IS SUBSCRIBED TO THE CERTIFICATE

OF ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT ATTACHED TO THE

ANNEXED INSTRUMENT, WAS AT THE TIME OF TAKING SAID

ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT A NOTARY PUBLIC,

IN AND FOR THE STATE OF NEW JERSEY, DULY COMMISSIONED

AND SWORN AND WAS, AS SUCH, AN OFFICER OF SAID STATE,

DULY AUTHORIZED BY THE LAWS THEREOF TO TAKE AND

CERTIFY THE SAME, AS WELL AS TO TAKE AND CERTIFY THE

PROOF AND ACKNOWLEDGEMENT OF DEEDS AND OTHER INSTRUMENTS

IN WRITING TO BE RECORDED IN SAID STATE, AND THAT FULL

FAITH AND CREDIT ARE AND OUGHT TO BE GIVE TO HIS OFFICIAL

FACTS.

IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
22ND DAY OF OCTOBER A.D. 2024



Elizabeth Maher Muoio
State Treasurer

Certificate Number: 145832788
Verify this certificate at
https://www.njportal.com/DOR/businessrecords/Validate.aspx

## AFFIDAVIT OF OWNERSHIP

State of New York}

}SS

County of Queens}

RE: **Birth Certificate**

I, Paul Scott Fishbein, the undersigned, of lawful age and being first duly sworn on oath, depose and state that I am familiar with the facts recited, and the party named in said birth certificate is the same party as one of the owners named in said certificate of title.

Signature_____

Signed and sworn to before me this __2(__ day of ____october_____, 2024.

_____
Notary Public_____
My Commission Expires__DEC. 14, 877_____

BENGI SOLIS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 14, 2027



I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY
CERTIFY THAT

BENGI A SOLIS

THE OFFICER WHOSE NAME IS SUBSCRIBED TO THE CERTIFICATE
OF ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT ATTACHED TO THE
ANNEXED INSTRUMENT, WAS AT THE TIME OF TAKING SAID
ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT A NOTARY PUBLIC,
IN AND FOR THE STATE OF NEW JERSEY, DULY COMMISSIONED
AND SWORN AND WAS, AS SUCH, AN OFFICER OF SAID STATE,
DULY AUTHORIZED BY THE LAWS THEREOF TO TAKE AND
CERTIFY THE SAME, AS WELL AS TO TAKE AND CERTIFY THE
PROOF AND ACKNOWLEDGEMENT OF DEEDS AND OTHER INSTRUMENTS
IN WRITING TO BE RECORDED IN SAID STATE, AND THAT FULL
FAITH AND CREDIT ARE AND OUGHT TO BE GIVE TO HIS OFFICIAL
FACTS.

IN TESTIMONY WHEREOF, I HAVE
HEREUNTO SET MY HAND AND AFFIXED
MY OFFICIAL SEAL AT TRENTON, THIS
22ND DAY OF OCTOBER A.D. 2024



Elizabeth Maher Muoio
State Treasurer

Certificate Number: 145832788
Verify this certificate at
https://www.njportal.com/DOR/businessrecords/Validate.aspx

# SWORN OATH

I, Paul Scott Fishbein, do swear and attest to the facts that, I am indeed of the age of Majority and In Full Life, continuing in both physical and civil existence; that is, neither, actually dead or **civiliter mortuus.**

Subscribed and sworn to by ___Bengi Solis___ before me on

the __21__ day of ___October___, 2024.

Signature ___

Printed name ___Bengi Solis___

Notary public, State of ~~New York~~ New Jersey - BS, County of ~~Queens~~ Union - BS

My commission expires ___Dec. 14, 2027___

BENGI SOLIS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 14, 2027



Non-Negotiable
For Special Trust Deposit
For the benefit of Paul Scott Fishbein
To the order PAUL SCOTT FISHBEIN
For extinguishment, benefit, use, enjoyment and all other equitable
relief I am entitled to
Date: September 23, 2024
By: Paul Scott Fishbein
By: Fishbein, Paul Scott    Grantor/Grantee

I, THE TREASURER OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT

BENGI A SOLIS

THE OFFICER WHOSE NAME IS SUBSCRIBED TO THE CERTIFICATE OF ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT ATTACHED TO THE ANNEXED INSTRUMENT, WAS AT THE TIME OF TAKING SAID ACKNOWLEDGEMENT, PROOF OR AFFIDAVIT A NOTARY PUBLIC, IN AND FOR THE STATE OF NEW JERSEY, DULY COMMISSIONED AND SWORN AND WAS, AS SUCH, AN OFFICER OF SAID STATE, DULY AUTHORIZED BY THE LAWS THEREOF TO TAKE AND CERTIFY THE SAME, AS WELL AS TO TAKE AND CERTIFY THE PROOF AND ACKNOWLEDGEMENT OF DEEDS AND OTHER INSTRUMENTS IN WRITING TO BE RECORDED IN SAID STATE, AND THAT FULL FAITH AND CREDIT ARE AND OUGHT TO BE GIVE TO HIS OFFICIAL FACT.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL AT TRENTON, THIS 22ND DAY OF OCTOBER A.D. 2024



Elizabeth Maher Muoio
State Treasurer

Certificate Number: 145832849
Verify this certificate at
https://www.njportal.com/DOR/businessrecords/Validate.aspx

# LIMITED POWER OF ATTORNEY

I, Paul Scott Fishbein, 8200 Shore Front Parkway, # 1D, Rockaway Beach, NY 11693, A/k/a their own attorney of the Republic of New York Granted, Power of Attorney and/or Attorney of fact the Ability to provision my name on any Legal or Business documents as outlined in the affidavit to _____

Any claim or credence I own security # 1D, Rockaway Beach, NY 11693, Amy Khan will be known as the signator/signatory specifically and only for documents that I need to have notarized.

This Limited Power of Attorney will remain in effect until **MAY 31, 2025**

This affidavit is executed under Penalty of perjury in nature of 28 USC Subsection 1746 (1) expressly without the UNITED STATES, i.e. 28 USC Subsection 3002 (15A). Administered by a commissioned officer or notary/notaries in accordance who is also acknowledging same Fed. R. Evidence 902 (1) (B)?.

_Paul Fishbein_ (signature)

Without Prejudice
All Rights Reserved

## ACKNOWLEDGEMENT

Subscribed and sworn to before me, the undersigned Notary Public, being commissioned in the County of _Burlington_, State of _New Jersey_, I do declare on the 13 day of _December_ 2024, the one who proved to me Paul Scott Fishbein, did execute this affidavit before me.

_signature_
Notary Public

My Commission Expires _____

JASON E. MONTGOMERY

*Page 1 of 2*

---

Paul Fishbein

VS

United States, Arun Subramanian (Judge),          Miscellaneous Case
Sarah Kushner (Prosecutor)

---

### AFFADAVIT OF SERVICE

*Case # 25-874*

I Amy Khan served notice to Pam Bondi United States Attorney General Office (950 Pennsylvania Avenue, NW Washington, DC 20530-0001) And Kathleen Toomey Associate Deputy Director Federal Bureau Of Prisons, Central Office HQ (320 First Street Washington. DC 20534) for NOTICE OF STATUS that is required by law. I served notice by certified mail with receipt. All the Documents Enclosed.

Consistent with 28 USC Section 1746. I declare under penalty of perjury that foregoing is true and correct Executed April 28, 2025.

### PLEASE SEE ATTACHMENTS

COURT: United States Court Of Federal Claims
717 Madison Place, NW
Washington, DC 20439
(202) 357-6406

_____ Agent
All Rights Reserved Without Prejudice
AMY KHAN
8200 SHORE FRONT PARKWAY # 4D
ROCKAWAY BEACH, NY 11693
(347) 524-1571

Paul Kokkinis
Notary Public, State of New York
No. 01KO6029686
Qualified in Queens County
Commission Expires: August 23 2025
Cell # 917 679 9004

Page 2 of 2

DATE 4/28/2025

STATE OF NEW YORK

COUNTY OF: QUEENS

ON THIS ___28TH___ DAY OF ___APRIL___ 20 25

BEFORE ME CAME ___AMY KHAN___ TO ME
KNOWN TO BE THE INDIVIDUAL DESCRIBED IN AND PRESENTED
SATISFACTORY IDENTIFICATION DOCUMENT TO ESTABLISH
SAME AND WHO EXECUTED THE FOREGOING INSTRUMENT
AND ACKNOWLEDGED THE HE/SHE EXECUTED SAME IN MY
PRESENCE.

_____     4/28/2025
      SIGN                    DATE

SWORN TO BEFORE ME ON THIS ___28TH___ DAY OF ___APRIL___ 20 25

PAUL KOKKINIS – NOTARY PUBLIC

DATE: 4/28/2025

CELL# 917 679 9004

Paul Kokkinis
Notary Public, State of New York
No. 01KO6029686
Qualified in Queens County
Commission Expires AUGUST 27 202

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pam Bondi
United States Attorney General office
950 Pennisylvania Avenue, NW
Washington DG 20530-0001

9590 9402 9245 4295 4842 02

2. Article Number (Transfer from service label)

9589 0710 5270 0288 0137 51

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Evie dassal

☐ Agent
☐ Addressee

B. Received by (Printed Name)
APR 2 2 2025

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen Toomey
Associate Deputy Director
Federal Bureau of Prisons
Central Office HQ
320 First Street
Washington, DC 20534

9590 9402 9245 4295 4841 96

2. Article Number (Transfer from service label)

9589 0710 5270 0288 0137 44

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]

☐ Agent
☐ Addressee

B. Received by (Printed Name)
Mike Toomey

C. Date of Delivery
4-22-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Paul Fishbein

VS

United States, Arun Subramanian (judge),         Miscellaneous Case
Sarah Kushner (Prosecutor)

## AFFADAVIT OF SERVICE

## ADMINASTRATIVE PROCEDURES

Case # 25-874

    I Amy Khan served notice to Sarah Kushner (1 Saint Andrews Plaza, New York, NY 10001), Arun Subramanian (500 Pearl Street, New York, NY 10007) for the 30 days and 15 days notice that is required by law. I served notice by certified mail with receipt. All the Documents Enclosed.
    Consistent with 28 USC Section 1746. I declare under penalty of perjury that foregoing is true and correct Executed May 13, 2025.

## PLEASE SEE ATTACHMENTS

COURT: United States Court Of Federal Claims
    717 Madison Place, NW
    Washington, DC 20439
    (202) 357-6406

                                           Agent
All Rights Reserved Without Prejudice
        AMY KHAN
        8200 SHORE FRONT PARKWAY # 4D
        ROCKAWAY BEACH, NY 11693
        (347) 524-1571

STATE OF NEW YORK
COUNTY OF QUEENS

ON THIS 13TH DAY OF MAY 2025 BEFORE ME
CAME AMY KHAN TO ME KNOWN AND KNOWN
TO ME AND PROVIDED SATISFACTORY EVIDENCE
OF IDENTIFICATION. —

                    Paul Kokkinis
             Notary Public, State of New York
              No. 01KO6029686
            Qualified in Queens County
            Commission Expires: AUGUST 23 2025
                Cell # 917 879 9004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sarah L. Kushner
1 Saint Andrews Plaza
New York, NY 10001

9590 9402 9245 4295 4841 10

2. Article Number (Transfer from service label)

589 0710 5270 0288 0136 83

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mailroom*
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
5/6/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Arun Subramanian
500 Pearl Street
New York, NY 10007

9590 9402 9245 4295 4841 03

2. Article Number (Transfer from service label)

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MAY - 5 2025
DISTRICT COURT S.D.N.Y.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

*Page 1 of 2*

Paul Fishbein

VS

United States, Arun Subramanian (judge)          Case # 25-874
Sarah Kushner (Prosecutor)

### AFFADAVIT OF SERVICE

I Amy Khan served notice to Sarah Kushner (1 Saint Andrews Plaza  New York, NY 10001), Arun Subramanian (500 Pearl Street  New York, NY 10007), Kathleen Toomey Associate Deputy Director Federal Bureau Of Prisons, Central Office HQ (320 First Street  Washington, DC 20534), Lisa L. Donahue Assistant Director Commercial Litigation Branch Civil Division, United States Department Of Justice (P.O. Box 480 Ben Franklin Station  Washington, DC 20044), Pam Bondi (3 Copies) United States Attorney General Office (950 Pennsylvania Avenue, NW  Washington, DC 20530-0001) for NOTICE OF COURT CASE (filing) that is required by law. I served notice by certified mail with receipt. All the Documents Enclosed.
        Consistent with 28 USC Section 1746. I declare under penalty of perjury that foregoing is true and correct Executed _____ 2025

### PLEASE SEE ATTACHMENTS

COURT: United States Court Of Federal Claims
        717 Madison Place, NW
        Washington, DC 20439
        (202) 357-6406

_____ 7/8/25
                        Agent
All Rights Reserved Without Prejudice
                AMY KHAN
        8200 SHORE FRONT PARKWAY # 4D
        ROCKAWAY BEACH, NY 11693
                (347) 524-1571

Page 2 of 2

DATE: 7 / 8 / 2025

STATE OF NEW YORK

COUNTY OF: QUEENS

ON THIS _____8th_____ DAY OF ___JULY_____ 20 25

BEFORE ME CAME ___AMY KHAN_____ TO ME

KNOWN TO BE THE INDIVIDUAL DESCRIBED IN AND PRESENTED

SATISFACTORY IDENTIFICATION DOCUMENT TO ESTABLISH

SAME AND WHO EXECUTED THE FOREGOING INSTRUMENT

AND ACKNOWLEDGED THE HE/SHE EXECUTED SAME IN MY

PRESENCE.

_____    4/8/25
SIGN                        DATE

SWORN TO BEFORE ME ON THIS __8th__ DAY OF ___JULY___ 20 25

PAUL KOKKINIS – NOTARY PUBLIC

DATE: 7 / 8 / 2025

CELL# 917 679 9004

Paul Kokkinis
Notary Public, State of New York
No. 01KO6029686
Qualified in Queens County
Commission Expires: AUGUST 23 2025

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sarah Kushner
1 Saint Andrews Plaza
New York, NY 10001

9590 9402 9245 4295 4826 35

2. Article Number (Transfer from service label)

9589 0710 5270 2952 4437 03

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x Mailroom    ☐ Agent
             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 6/16/25

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Arun Subramanian
500 Pearl Street
New York, NY 10007

9590 9402 9245 4295 4826 42

2. Article Number (Transfer from service label)

9589 0710 5270 2952 4436 97

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED

JUN 17 2024
25

DISTRICT COURT SDNY

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of The Clerk
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20439

9590 9402 9245 4295 4827 10

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED

JUN 20 2025

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen Toomey
Associate Deputy Director Federal
Central office Headquarters   BOP
320 First Street
Washington, DC 20534

9590 9402 9245 4295 4827 65

2. Article Number (Transfer from service label)

9589 0710 5270 2952 4437 10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

6/18/25

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lisa L. Donahue Assistant Director
Commercial litigation Branch Civil Division
United States Department of Justice
Po Box 480 Ben Franklin Station
Washington, DC 20044

9590 9402 9245 4295 4826 59

2. Article Number (Transfer from service label)

9589 0710 5270 2952 4437 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                        ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Evie dassah
JUN 17 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Delivery Restricted Delivery
Mail
☐ Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pam Bondi
United States Attorney General
Office
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 9245 4295 4827 41

2. Article Number (Transfer from service label)

9589 0710 5270 0288 0163 56

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Evie Sassol
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 20 2025

INSPECTED 28

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pam Bondi
United States Attorney General
Office
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 9245 4295 4827 27

2. Article Number (Transfer from service label)

9589 0710 5270 0288 0163 32

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Evie Sassol
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 23 2025

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pam Bondi
United States Attorney General
Office
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 9245 4295 4827 34

2. Article Number (Transfer from service label)

9589 0710 5270 0288 0163 49

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Evie Sassol
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUN 20 2025

PECTED 28

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



Paul Fishbein
8200 Shore Front Pkwy
Rockaway Beach, NY 11693
Apt 4d

CERTIFIED MAIL

9589 0710 5270 0288 0137 13

Criminal
Docketing

United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SEP 3 - 2025
CLERK'S OFFICE
S.D.N.Y.

UNITED STATES POSTAL SERVICE
Retail

RDC 99

10007

U.S. POSTAGE F
FCM LG ENV
UNIONDALE, NY
AUG 28, 2025

$12.70
S2324N504666-2