UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                          Plaintiff,<br><br>    -against-<br><br>Paul Fishbein,<br><br>                          Defendant. | 21-cr-296 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendant Paul Fishbein was convicted on multiple charges, is currently in prison, and his case is currently on appeal. *See* Second Circuit Case No. 24-472. Acting pro se, he recently filed a motion for immediate release from custody and for the Government to return personal property it seized from him. Dkt. 204. The motion states no valid grounds for the relief he seeks. For that reason, the motion is DENIED.

    The Clerk is respectfully directed to terminate the motion at Dkt. 204.

    SO ORDERED.

Dated: October 20, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge