UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-against-<br>PAUL FISHBEIN,<br>Defendant. | 21-CR-296 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

In light of the Second Circuit's decision affirming the Court's judgment in this case, *see* Dkt. 208, the Government should submit a letter, not to exceed three single-spaced pages, responding to the defendant's letter motion at Dkt. 209, requesting the return of personal property, by **Wednesday, August 26, 2026**.

SO ORDERED.

Dated: August 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge