UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Paul Fishbein,

Defendant.

21-cr-296 (AS)

OPINION AND ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 17, 2026, defendant Paul Fishbein, without the help of counsel, filed a motion for the return of property. Dkt. 209. On August 26, 2026, the government conceded to the return of the defendant's property as requested. It indicated, however, that because defendant was currently incarcerated and had yet to identify next of kin or a custodian who could take custody of the property, it was unable to do so. Dkt. 211. By September 4, 2026, CJA appointed counsel, whose work on this case the Court greatly appreciates, should contact the defendant and advise the Court through a letter submitted on the docket whether further action on the motion at Dkt. 209 is warranted.

SO ORDERED.

Dated: August 27, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge