UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Paul Fishbein,<br><br>Defendant. | 21-CR-296 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's August 27, 2026, Order, CJA appointed counsel was required to contact the defendant and file a letter advising the Court whether further action was needed on defendant's motion to return property, Dkt. 209, in light of the Government's response, Dkt. 210. To date, counsel has not filed that letter. Counsel is ORDERED to file that letter by September 10, 2026.

SO ORDERED.

Dated: September 4, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge