UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Paul Fishbein,

Defendant.

21-cr-296 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On September 4, 2026, counsel for Mr. Fishbein informed the Court that it gave the Government the name and contact information of Mr. Fishbein's relative who would be able to take custody of Mr. Fishbein's property. Dkt. 214.

The Court hereby ORDERS the Government to file a letter by September 23, 2026, apprising the Court of whether the property detailed in Mr. Fishbein's motion at Dkt. 209 has been given to that person and if not, why.

SO ORDERED.

Dated: September 14, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge