UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff,

-against-

Paul Fishbein,

Defendant.

21-cr-296 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendant Paul Fishbein was convicted on multiple charges and is currently in prison. Acting pro se, he recently filed a motion for immediate release from custody and for the Government to return personal property seized from him. Dkt. 216. The motion states no valid grounds for relief. For that reason, the motion is DENIED. The Court notes for clarity, however, that his motion for the Government to return property at Dkt. 209 remains pending.

The clerk is respectfully directed to terminate the motion at Dkt. 216.

SO ORDERED.

Dated: September 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge