UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff,

-against-

Paul Fishbein,

Defendant.

21-CR-296 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On September 28, 2026, defendant Paul Fishbein filed another motion for immediate release from custody. Dkt. 220. This motion, like the one he filed on September 14, 2026, Dkt. 216, fails to state a valid ground for relief. For that reason, the motion is DENIED.

The Clerk of Court is respectfully directed to close the motion at ECF 220.

SO ORDERED.

Dated: September 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge