UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Paul Fishbein,

Defendant.

21-CR-296 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 17, 2026, Paul Fishbein filed a motion for the return of property. Dkt. 209. On August 26, 2026, the government conceded to the return of Mr. Fishbein's property as requested. Dkt. 211. On October 20, 2026, the government filed a letter informing the Court that Mr. Fishbein's property had been returned. Dkt. 223. Accordingly, the motion for the return of property is MOOT.

The Clerk of Court is respectfully directed to terminate the motions at ECF 209, 216, and 220.

SO ORDERED.

Dated: October 21, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge